**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**NOV 29 2001**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

GEORGE MURPHY,

      Plaintiff-Appellant,

v.

D.V. DEVENISH; COLBY RUSSELL;
CASEY NELSON, also known as
Casey; PRECISION TOWING;
S. MARTIN,

      Defendants-Appellees.

No. 01-4072
(D.C. No. 00-CV-177-K)
(D. Utah)

**ORDER AND JUDGMENT** *

Before **KELLY** , **BALDOCK** , and **LUCERO** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is

therefore ordered submitted without oral argument.

---

*     This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Plaintiff George Murphy filed a civil rights suit under 42 U.S.C. § 1983 protesting the seizure and impoundment of his vehicle. The district court ruled that the state defendants enjoyed qualified immunity and that the remaining defendants did not act under color of state law. Murphy appeals. The parties are familiar with the facts, so we need not repeat them here. We affirm the judgment of the district court for substantially the reasons stated by the court in its order dated March 21, 2001.

The judgment of the United States District Court for the District of Utah is AFFIRMED.

Entered for the Court

Bobby R. Baldock
Circuit Judge